UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

1:17-cv-108-GNS

| | | |
|---|---|---|
| **NATHANIEL EDWARD MAYSEY** | : | Judge:  Stivers |
| | : | |
| **Plaintiff,** | : | Magistrate: |
| | : | |
| v. | : | BARREN CIRCUIT COURT CASE |
| | : | NO. 17-CI-267 |
| **HENKEL CORPORATION;** | : | |
| **HENKEL AG & CO. KGAA;** | : | **PETITION OF REMOVAL** |
| and | : | |
| **NEMAK USA INC.** | : | **(Filed Electronically)** |
| | | |
| **Defendant.** | | |

**PETITION OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, and with full reservation of any and all defenses, objections, and exceptions, including but not limited to objections to service, personal jurisdiction, venue, and statute of limitations, Defendant Henkel Corporation petitions this Court for Removal of this civil action to the United States District Court for the Western District of Kentucky, Bowling Green Division, and respectfully represents that:

1. On or about May 19, 2017, Plaintiff Nathaniel Edward Maysey by and through counsel, commenced an action in the Barren Circuit Court, Commonwealth of Kentucky, captioned *Nathaniel Edward Maysey vs. Henkel Corporation, Henkel AG & Co. KGAA, and Nemak USA Inc.*, Civil Action No. 17-CI-00041. Pursuant to 28 U.S.C. § 1446(a), Plaintiff's Complaint is attached as part of Exhibit "A" to this Petition of Removal.

2. Plaintiff alleges claims of negligence, strict liability, and punitive damages against Defendants. (*See generally* Complaint.)

3. Defendant Henkel AG & Co. KGAA is a German entity that has not yet been served. Plaintiff has sought and obtained an Order from the Barren Circuit Court (entered May 19, 2017)

indicating that the Barren Circuit Court Clerk was to transmit copies of the Plaintiff's Complaint to APS International, Ltd. in Minneapolis, MN "for Formal Service upon Henkel AG & Co. KGAA, a German corporation, pursuant to the terms of the Hague Convention[.]" Because Defendant Henkel AG & Co. KGAA has not yet been served, its consent to this removal is not yet necessary.

4. According to the Barren Circuit Court "CourtNet" docket, service of process was issued to Defendant Henkel Corporation on or about May 23, 2017 by certified mail.

5. Pursuant to 28 U.S.C. § 1441, Defendant seeks removal of Barren Circuit Court Civil Action No. 17-CI-00267 to the United States District Court for the Western District of Kentucky, Bowling Green Division. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and all Defendants. Further, the amount in controversy, exclusive of interest and costs, exceeds the requisite sum of $75,000.00. Removal is appropriate as Defendant seeks removal within thirty (30) days after service of Plaintiff's Complaint on Defendant on or about May 22, 2017 and it has been less than one year since this action was originally filed on May 19, 2017. *See* 28 U.S.C. § 1446(b). Accordingly, this action may be removed to this Court.

## DIVERSITY JURISDICTION

### Diversity of Citizenship

6. The controversy between Plaintiff and Defendants here is a controversy between citizens of different states.

7. Upon information and belief, Plaintiff Nathaniel Edward Maysey resides at 968 Lexington Drive, Glasgow, Kentucky 42141 and is a resident and citizen of Kentucky. (Plaintiff's Complaint, ¶2.)

8. Plaintiff has alleged that Defendant, the Henkel Corporation is the U.S. subsidiary of Defendant Henkel AG & Co. KGAA, "a foreign corporation with its principal office located at One Henkel Way, Rocky Hill, Connecticut 06067." (Plaintiff's Complaint, ¶4.) Defendants Henkel Corporation and Henkel AG & Co. KGAA were not, at the time of commencement of this action, nor at any time thereafter, citizens of the Commonwealth of Kentucky.

9. At all times relevant to this matter, Co-Defendant, Nemak USA, Inc., is a Delaware corporation with its principal office located at 3101 South Taylor Drive, Sheboygan, Wisconsin 53081. (Plaintiff's Complaint, ¶5.) Co-Defendant was not, at the time of commencement of this action, nor at any time thereafter, a citizen of the Commonwealth of Kentucky.

10. There are no other parties to this action. There is diversity of citizenship between Plaintiff and Defendants.

## Amount in Controversy

11. The monetary jurisdictional prerequisite to federal jurisdiction under 28 U.S.C. §1332(a) is satisfied.

12. Plaintiff seeks to recover damages for "severe traumatic injury when his left arm was torn from his body by the impregnation machine; he has sustained lost earnings; he will sustain future lost earnings; he has sustained extreme physical and emotional pain and suffering; he will sustain future emotional and physical pain and suffering; for all of which he is entitled to damages from the Defendant in an amount in excess of the jurisdictional minimums set for this court." (Plaintiff's Complaint, ¶29.) In addition, Plaintiff seeks punitive damages against the Defendants. (Plaintiff's Complaint, ¶¶58; 63.)

13. Based on the Complaint's allegations that the Defendants are responsible for the Plaintiff's alleged damages; that average jury verdicts for similar claims exceed the required amount

in controversy; and that Plaintiff claims the Defendants are subject to an award of punitive damages, the preponderance of the evidence standard for the amount in controversy requirement of 28 U.S.C. §1332(a) is met.

## Other Removal Requirements

14. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served in this action are attached as Exhibit A.

15. As required by 28 U.S.C. § 1446(b), this Petition of Removal was filed within thirty (30) days after receipt through service of the Complaint in this action.

16. The undersigned has contacted Co-Defendant Nemak USA, Inc. through its legal counsel and obtained its consent to this Petition of Removal

17. Because Defendant Henkel AG & Co. KGAA has not yet been served, its consent to this removal is not yet necessary.

18. A true and correct copy of this Petition of Removal will be filed contemporaneously with the Clerk of Court for the Barren Circuit Court, Commonwealth of Kentucky as required by 28 U.S.C. § 1446(d).

19. Defendant moves this Court for removal from the Barren Circuit Court to this Court.

20. As all conditions and procedures for removal have been satisfied, this cause is properly removed to the United States District Court for the Western District of Kentucky.

WHEREFORE, Defendant Henkel Corporation prays that this case on the docket of the Barren Circuit Court, Commonwealth of Kentucky be removed from that court to the docket of the United States District Court for the Western District of Kentucky, Bowling Green Division.

        Respectfully,

        /s/ Judd. R. Uhl
        Judd R. Uhl (89578)
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        909 Wright's Summit Parkway, Suite 230
        Ft. Wright, KY 41011
        (859) 663-9830 / (859) 663-9829 (Fax)
        judd.uhl@lewisbrisbois.com
        *Attorney for Defendant Henkel Corporation*

## CERTIFICATE OF SERVICE

I certify that on June 12th, 2017, I served a copy of the foregoing **PETITION OF REMOVAL** via electronic filing in the ECF system. I also served a copy by U.S. Mail, first-class, postage prepaid, on the following individuals who may not be in the ECF system:

Thomas W. Davis
Thomas W. Davis, P.S.C.
The Times Building
135 West Public Square
Glasgow, KY 42141
E-mail: tdavispsc@glaskow-ky.com
*Attorney for Plaintiff*

Charles E. English, Jr.
English Lucas Priest & Owsley, LLP
1101 College St.
Bowling Green, KY 42102-0770
E-mail: benglish@elpolaw.com
*Attorney for Defendant Nemak USA*

Henkel AG & Co. KGAA
APS International
7800 Glenroy Rd.
Minneapolis, MN 55439-3122
*Defendant*

        /s/ Judd R. Uhl
        Judd R. Uhl (89578)